2/16/10
$14 -
# 6937

# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

February 16, 2010

Clerk, United States Bankruptcy Court
100 State Street
Rochester, NY 14614

Re: Joseph & Rhanae Bennett
Chapter 7 Case No. 08-22322

To the Clerk of the Court:

Enclosed please find a Trustee's check in the amount of $ ~~17.99~~ $14 -. This check represents the following dividend check(s) which had been paid to creditor(s) and not cashed within 90 days:

| Creditor | Claim No. | Amount of Dividend |
|---|---|---|
| Verizon | 17 | $ 14.00 |

If you have any further questions, please feel free to call.

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

*RECEIVED FEB 16 2010 BANKRUPTCY COURT ROCHESTER, NY*

enc.
MHA/ss